**FILED**
Dec 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIMMIE L. CARTER,<br><br>　　　　Defendant. | CR NO:　1:24-cr-00307-JLT-SKO |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: Jimmie L. Carter
Detained at:

Detainee is:
a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with:
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on upon arrival in the Fresno Division of the Eastern District of California.*

Signature: *Karen A. Escobar*
Printed Name & Phone No: Karen A. Escobar, 559-497-4094
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on January 14, 2025, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Dec 19, 2024**

*Stanley A. Boone*
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Jimmy L. Carter | ☒ Male　☐ Female | |
| Booking or CDC #: | P15672 | DOB: | 08/25/80 |
| Facility Address: | 475-750 Rice Canyon Rd., Susanville, CA | Race: | black |
| Facility Phone: | 530-251-5100 | FBI#: | 716676CB4 |
| Currently | High Dessert State Prison (HDSP) | | |

### RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　(signature)