**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JIMMIE L. CARTER AND RAQUEL MOSQUEDA**<br><br>Defendant. | CR NO: 1:24-CR-00307-JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum ☒ Ad Testificandum

Name of Detainee: Jeremy Darrell Meriwether

Detained at: Pelican Bay State Prison

Detainee is: a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
charging detainee with: ______

or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Griffin Estes
Printed Name & Phone No: Griffin Estes / 559-487-5561
Attorney of Record for: Jimmie L. Carter

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **for the February 9, 2026 trial**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 18, 2026

Honorable Frank J. Singer
U.S. MAGISTRATE COURT JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | V08101 | DOB: | |
| Facility Address: | 5905 Lake Earl Drive, Crescent City, CA | Race: | B |
| Facility Phone: | (707) 465-1000 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: ______ ______
(signature)